918

No. 70–120. Mailliard et al. v. Gonzalez et al. Appeal from D. C. N. D. Cal. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration of the injunction in light of *Steffel* v. *Thompson,* 415 U. S. 452 (1974), and *Zwickler* v. *Koota,* 389 U. S. 241 (1967). Mr. Justice Douglas would affirm the judgment.

No. 71–1511. Norvell, Attorney General of New Mexico v. Apodaca. Appeal from Sup. Ct. N. M. Judgment vacated and case remanded for further consideration in light of *Lubin* v. *Panish,* 415 U. S. 709 (1974).

No. 72–193. Fowler et al. v. Culbertson. Appeal from D. C. S. C. Judgment vacated and case remanded for further consideration in light of *Lubin* v. *Panish,* 415 U. S. 709 (1974).

No. 72–455. Bush v. Sebesta et al.; and

No. 72–5187. Fair v. Taylor et al. Appeals from D. C. M. D. Fla. Motion of appellant in No. 72–5187 for leave to proceed *in forma pauperis* granted. Judgment vacated and cases remanded for further consideration in light of *Lubin* v. *Panish,* 415 U. S. 709 (1974); *Storer* v. *Brown,* 415 U. S. 724 (1974); and *American Party of Texas* v. *White,* 415 U. S. 767 (1974).